**David Lee GOODE, Petitioner–Appellant,**

v.

**COFFEEWOOD CORRECTIONAL CENTER, Respondent–Appellee.**

**No. 01–7784.**

United States Court of Appeals, Fourth Circuit.

Submitted March 13, 2002.

Decided March 20, 2002.

David Lee Goode, Appellant Pro Se. Hazel Elizabeth Shaffer, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before DIANA GRIBBON MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

David Lee Goode appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability, deny Goode's motion for appointment of counsel, and dismiss the appeal on the reasoning of the district court. *See Goode v. Coffeewood Corr. Ctr.,* No. CA–00–675–7 (W.D.Va. Sept. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*